UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED

AUG 29 2018

U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ROBERT WATERS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CAUSE NO.   3:18-cr-47 - RLY/MPB-04<br>)<br>)<br>)<br>)<br>)<br>) |

You have been charged in an Indictment with a violation of the Laws of the United States of America.   The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846<br><br>Conspiracy to distribute methamphetamine | 10-life | $10,000,000 | 5 years |

Dated:  _____        _____
                                                      Defendant –Robert Waters


I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.


_____
United States Magistrate Judge
Southern District of Indiana